```
Gregory J. Goodheart (2266501)
GOODHEART LAW OFFICES
22736 Vanowen St., #303                           JS-6
West Hills, CA 91307
Fax: (818) 992-4463
Tel: (818) 992-7629
```

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY GREEN, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE TRAVELERS INDEMNITY COMPANY; and DOES 1-25, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:19-cv-07504-RGK-AS<br><br>[~~PROPOSED~~] ORDER |

## ORDER

The Stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: August 10, 2020

*/s/ Gary Klausner*
_____
Honorable R. Gary Klausner
U.S. District Court

ORDER